THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
WILLIAM BOSSFORD, Appellant.

(Argued March 5, 1886; decided March 23, 1886.)

*Harlan J. Swift* for appellant.

*George T. Quinby* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JAMES D. FERGUSON, Respondent, *v.* THE MASSACHUSETTS
MUTUAL LIFE INSURANCE COMPANY, Appellant.

(Argued March 5, 1886 ; decided March 23, 1886.)

*Frederic C. Ingalls* for appellant.

*Francis Kernan* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.